UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EVERETT JOHNSON, JR., | No. C 05-3375 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DEPUTY HENSEL; et al., | |
| Defendants. | |

Joseph Everett Johnson, Jr., an inmate at the San Mateo County Jail, has filed a pro se civil rights action under 42 U.S.C. § 1983. His complaint is now before the court for review pursuant to 28 U.S.C. §1915A, which requires the court to engage in a preliminary screening of any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. See id. at 1915A(b)(1),(2). Pro se pleadings must be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

The complaint filed in this action duplicates the complaint filed several months earlier by Johnson in Johnson v. Hensel, No. C 05-2258 SI. The complaint is frivolous because it repeats claims made in the earlier case. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious

1  litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915
2  as malicious).  This action is dismissed with prejudice.  The clerk shall close the file.
3      IT IS SO ORDERED.
4  Dated:  March 1, 2006

                                                          _____
                                                          SUSAN ILLSTON
                                                         United States District Judge

**United States District Court**
For the Northern District of California

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28